# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| BAYVIEW LOAN SERVICING, LLC, | : | No. 227 WAL 2018 |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| v. | : | the Order of the Superior Court |
| | : | |
| MARY KATHERINE DAHL, RANDOLPH DANIEL DAHL, SR., | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of December, 2018, the Petition for Allowance of Appeal is **DENIED**.